RECEIVED
AUG 05 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United State's District Court
Northern District
of Illinois
Eastern Division

Jesse Anderson
 -vs-
Cook County of Illinois:
  Thomas Darts:
 Salvador Godinez
  A. J. Martinez
 Lieutenant Galyn
  Correctional officer Coldquitt

11 C 5327
Judge Blanche M. Manning
Magistrate Judge Geraldine Soat Brown

~~Amended~~ Complaint
under the Civil Rights act, title 42 section 1983
U.S. Code

Plaintiff

Jesse Anderson was a Pretrial detainee housed in Cook County Jail at the times of the acts of cruelty which Plaintiff was subjected to by Cook County Jail Employees. There by violating Plaintiff eight amendment rights pursuant to the U.S. Constitution and the Americans with disabilitys act

(1)

A. Name - Jesse Anderson
B. All aliases I Remember - James Connors, Robert Anderson
C. Prisoner Indentification # - N-63545
D. Place of Present Confinement - Graham C.C.
E. Hillsboro, Illinois. P.O. Box 499 - Zip Code 62049

## Defendants

A. Cook County - a Local Public entity under the Law of the State of Illinois
B. Thomas Dart - Individually and in his official capacity as the Sheriff of Cook County Jail Richard J. Daley Center 50 W. Washington St. Chicago, IL. 60602. Suit 704
C. Salvador Godinez - Individually and in his official capacity as Executive Director of Cook County Jail at the time of the incident happen 2700 S. California ave. Chicago, IL. 60608
D. A.J. Martinez, Individually and in her official capacity as superintendent of Div. 10 of Cook County Jail 2700 S. California ave. Chicago, IL. 60608
E. Lieutenant Galn - Individually and in his official capacity as a Lieutenant of Div. 10 of Cook County Jail
F. C.O. Coldquitt - Individually and in his official capacity, as a correctional officer of Cook County Jail

2

## Statement of claim

Plaintiff Jesse Anderson brings this suit before the court because Plaintiff was subjected to cruel and unusual punishment, Deliberate indifference, and denial of medical care in a timely manner. Which violate's Plaintiff Rights under the 8th Amendment of the U.S. and Illinois Constitutions and the americans with disabilitys act

On 6-29-10 Plaintiff was transported to Cook County Jail receiving unit where Plaintiff informed medical staff that Plaintiff had a fused Right hip and would need a Low bunk Permit. staff did not issue one.

Plaintiff was sent to cermac hospital where he was housed and Prescribed Psychotropic and sleeping medication, while there Plaintiff informed medical staff about his condition and asked for a Low bunk Permit, he did not receive one.

7-8-10 Plaintiff was transferred to division ten where he informed Lieutenant Johnson of the first shift, who assigned Plaintiff to 4B cell 24 top bunk) of his condition and that he needed a Low bunk permit. Plaintiff was denied a Low bunk Permit, and was ordered to get on the top bunk. Plaintiff obayed

3

7-15-10 at about 5:00am while Plaintiff was trying to get down from top bunk Plaintiff fell to the floor where a bottle that was on the floor hit Plaintiff in his left eye. C.O. Smith found Plaintiff on the floor and called Captain Ortega who sent Plaintiff to dispensary where Plaintiff was triaged by a member of medical staff (Bo-Bo) and sent to Cermac hospital for X-Rays, which revealed no broken bones. Plaintiff informed doctors that he was having blurred vision, pain in the left side of back and a knot, and head aches Doctor did not check Plaintiff left eye for damage at this time. Plaintiff was given permits, one for a walker and one for a low bunk, he was told there was no walker available at that time. Plaintiff was also given a prescription for pain medication and sent back to div. 10-4B cell 24 about 4:00 p.m., Plaintiff was ordered to get back on the top bunk by C.O. Coldquitt Plaintiff refused, C.O. Coldquitt called Lieutenant Galn, he came to the deck and told Plaintiff he didn'care about the permit for the low bunk and ordered the Plaintiff to get back on the

4

When Plaintiff arrived back at Div. 10-4B cell 24 at about 7:00pm that evening C.O. Coldquitt again ordered Plaintiff to get back on the top bunk, Plaintiff refused. Lieutenant Galy was called to 4B. Lieutenant Galn ordered Plaintiff to get back on the top bunk and took out his spray, as if he was going to spray Plaintiff, Plaintiff refused. Plaintiff was not sprayed, it was decided to let the next shift deal with the Plaintiff problems

When the third arrived Plaintiff informed C.O. Smith about falling from the top bunk and that he had been issued a low bunk permit but no one would give him a low bunk. C.O. Smith called Captain Ortega, who transfered Plaintiff to 4C cell 23 Div. 10 to a low bunk

Plaintiff did not see a eye doctor about his eye injury to September when he was informed that he had a massive hole in his Retina of his left eye, the doctor did not say if it could be repaired. When Plaintiff arrived at I.D.O.C. the eye doctor there told him it could not be fix. This has left

(6)

Plaintiff Partialy Blinded in his Left eye Plaintiff has filed five Grievances about these incindents and the Lac of medical care, two I have not heard from again, two were received as requests, the Last one Plaintiff filed was processed as a Grievance

Doing the time between the incindents happening and Plaintiff filing of Grievances Plaintiff was warned by C.O. Coldquitt numerous times that Plaintiff should not proceed with the Grievance process, because he is a Moorish American, and something bad can happen to plaintiff also doing this time Plaintiff's meals and commissary food was stolen from him, he was threatned with physical harm doing this time This incindent has cause domage to Plaintiff Left eye that has Left him partialy Blind, maybe permanently. a permanent Knot in the Left side of his back, and headaches as well as psychological damage did to Plaintiff because of harassment by correctional officers and inmates

(7)

Plaintiff has a very serious mental and medical need now which Require Treatment due to this wrongful conduct and abuse which has caused me serious injuries Plaintiff Rights Guaranteed under the U.S. constitution and amendments 8, and 14, and under 42 U.S.C § 1983 and the american with disability act. I ask the court for leniency for any mistakes I may have made in preparing the paper.

Plaintiff seeks Declaratory and injunctive against all Defendents in this case, to Pay all attorney Fees and court cost and medical cost for future treatment of injuries Plaintiff seeks against correctional officer Coldquitt - Compensatory damage in the amount of $200,000⁰⁰, normal damages in the amount of $100,000⁰⁰, Puntive damages in the amount of $200,000⁰⁰ against Lieutenant Galvn - compensatory damages in the amount of $500,000⁰⁰, normal damages in the amount of $300,000⁰⁰, Puntive damages in the amount of $500,000⁰⁰ against A.J. martinez - compensatory damages in the amount of $600,000⁰⁰, normal damages in the amount of $400,000⁰⁰, Puntive damages in the amount of $600,000⁰⁰,

(8)

against Salvador Godinez-compensatory in the amount of $800,000⁰⁰, normal damages in the amount of $500,000⁰⁰, punitive damages in the amount of $800,000⁰⁰, against Thomas Dart-compensatory damages in the amount of $900,000⁰⁰, normal damages in the amount of $600,000⁰⁰, Punitive damages of $900,000⁰⁰ and against Cook County compensatory in the amount of $1,000,000⁰⁰, normal damages in the amount of $700,000⁰⁰ Punitive damages in the amount of $1,000,000⁰⁰

The Plaintiff demands that this case be tried by a jury ☑ yes ☐ no

and any other Relief that the Court may offer. By signing this complaint, I certify that the facts stated in this complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to Sanctions by the court. Sign this 30 day of July 2011

Signature Jesse Anderson
Print Name Jesse Anderson
I.D. Number N-63545
Current address Graham C.C
P.O. Box 499
Hillsboro, IL. 62049
Home Address - 9842 S. Ridgeland, Chicago, IL. 60617

(9)